UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                              Bankr. Case No. 19-21800-GLT-7

John B. Miller and Donna L. Miller                                                                  Chapter 7
    Debtor(s)

### REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 19-21800-GLT-7

John B. Miller and Donna L. Miller  Chapter 7

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 3, 2019 :

MAUREEN KROLL
8981 Norwin Avenue
Suite 203.
North Huntingdon, PA 15642

Robert H. Slone
223 South Maple Avenue
Greensburg, PA 15601

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx61984 / 989038